**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Rusty Karst, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| | ) | |
| Lawrence Bannon, individually and as | ) | |
| a police officer and employee of the City of | ) | |
| Fairview, Montana, | ) | |
| | ) | |
| City of Fairview, Montana, a Municipal | ) | Case No.: 4:07-cv-001 |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

_____

The scheduling order dated July 16, 2007, shall be amended as follows:

1. The parties shall make Rule 26(a)(1) disclosures on or before August 17, 2007, in written format. The disclosures shall include all known information applicable to the categories of disclosures contained in Rule 26(a)(1) and all supporting documentation.

**IT IS SO ORDERED.**

Dated this 26th day of July, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge

1