**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Rusty Karst, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Lawrence Bannon, individually and as | ) | |
| a police officer and employee of the City of | ) | Case No.: 4:07-cv-001 |
| Fairview, Montana, and City of Fairview, | ) | |
| Montana, a Municipal Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

On January 11, 2008, the parties filed a Stipulation to allow Defendant Lawrence Bannon ("Bannon ") to Amend his Answer, Affirmative Defenses and Demand for Jury Trial. The court **ADOPTS** the parties Stipulation (Docket No. 22). Bannon is **GRANTED** leave to file an Amended Answer.

Dated this 14th January, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge