IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Rusty Karst, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Lawrence Bannon, individually and as | ) | |
| a police officer, agent, and employee of | ) | |
| the City of Fairview, Montana, | ) | |
| | ) | |
| City of Fairview, Montana, a Municipal | ) | |
| Corporation, | ) | Case No.: 1:07-cv-001 |
| | ) | |
| Defendants. | ) | |

_____

On March 28, 2008, the parties filed a Stipulation for Extension of Time for Plaintiff's Disclosure of Experts, along with Complete Reports, Under Rule 26(a)(2). The court **ADOPTS** the parties stipulation (Docket No. 45). The scheduling order shall be amended as follows:

> Plaintiff shall have until April 25, 2008, to disclosure his experts, if any, along with complete reports under Rule 26(a)(2). Defendants shall have until May 30, 2008 to disclose their experts, if any, along with a complete report under Rule 26(a)(2).

**IT IS SO ORDERED.**

Dated this 1st day of April, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court