**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Rusty Karst, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | ) | |
| | ) | |
| Larry Bannon, individually and as a | ) | |
| police officer, agent, and employee | ) | |
| of the City of Fairview, Montana, | ) | |
| and City of Fairview, Montana, | ) | Case No. 4:07-cv-001 |
| a municipal corporation, | ) | |
| | ) | |
| Defendants. | ) | |

___

Before the Court is a "Stipulation and Order of Dismissal With Prejudice" filed on June 16, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 49) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 17th day of June, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court